IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MINDEE DEANN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C23-5976-SKV<br><br><br>[PROPOSED] ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the administrative law judge will reevaluate the medical opinion evidence, including the prior administrative medical findings from the State agency psychological consultants; reevaluate the residual functional capacity; continue with the sequential evaluation process, to include obtaining vocational expert testimony, as necessary; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issue, and issue a new decision.

/ / /

/ / /

/ / /

/ / /

Page 1   [PROPOSED] ORDER
         C23-5976-SKV

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 26th day of March, 2024.

                                          *S. Kate Vaughan* (signature)
                                          S. KATE VAUGHAN
                                          United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov

Page 2    ~~[PROPOSED]~~ ORDER
                C23-5976-SKV